## United States District Court
### Violation Notice

CVB Location Code: VS51

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4342444 | Wayman | 38.58 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 01-11-2016 1330
Offense Charged: ☒ CFR ☐ USC ☐ State Code
38 1.218(b)(25)

Place of Offense: Lot #2 Top Floor Volunteer Parking

Offense Description: Factual Basis for Charge
Parking in spaces posted as reserved for physically disabled persons

**DEFENDANT INFORMATION**
Last Name: Johnson
First Name: Scott
M.I.: H

Tag No.: PAGE 56
State: WV
Make/Model: Kia Optima
Color: Grn

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $25.00
+ $25 Processing Fee
**PAY THIS AMOUNT →** $50.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

(Rev. 01/2011)      Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 11 Jan, 2016 while exercising my duties as a law enforcement officer in the Southern District of WV.

Parked in a space posted as reserved for physically handicapped. There was no handicap plate or placard visible.

FILED
MAR - 7 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01-11-2016    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident